IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY NEEDHAM                                                               PLAINTIFF

v.                                    CASE NO. 2:20-CV-2148

SHERIFF RON BROWN
AND DR. WHITE                                                              DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 18) from United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court grant Defendant Sheriff Ron Brown's Motion to Dismiss him as a party to this lawsuit (Doc. 12).  The Court has conducted careful review of this case.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Sheriff Ron Brown's Motion to Dismiss (Doc. 12) is GRANTED, and all claims against Sheriff Ron Brown are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this January 25, 2021.

_/s/ P. K. Holmes_ III
P.K. HOLMES III
U.S. DISTRICT JUDGE