UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY NEEDHAM                                                                                         PLAINTIFF

v.                                              No. 2:20-CV-02148

DR. WHITE                                                                                             DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 20th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE